**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00026-CR

### JOHN MICHAEL SATTERWHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30137-422**

## ORDER

The Court **GRANTS** appellant's February 11, 2013 motion to substitute counsel. Dennis

Jones is substituted for Joseph Russell as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Dennis Jones, 201 W. Mulberry,

Kaufman, Texas 75142; telephone: (972) 962-8800; facsimile: (972) 962-3733.

/s/    LANA MYERS
       JUSTICE